Charles WRIGHT, Appellant,

v.

CITY OF WATERLOO, IOWA; Al Bovy, in his individual and official capacities; Rob Michael, in his individual and official capacities, Appellees.

No. 06–4194.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 12, 2007.

Filed: Nov. 19, 2007.

Thomas P. Frerichs, Frerichs Law Office, Waterloo, IA, for Appellant.

Timothy Charles Boller, Dunakey & Klatt, Waterloo, IA, for Appellees.

Before MELLOY, BEAM and SHEPHERD, Circuit Judges.

PER CURIAM.

Charles Wright appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action arising from circumstances surrounding his brief arrest in October 2004. Having carefully reviewed the record and considered Wright's arguments, *see Larson v. Kempker,* 414 F.3d 936, 939 (8th Cir.2005) (standard of review), we affirm the well-rea-

---

1. The Honorable John A. Jarvey, United States Magistrate Judge for the Northern District of Iowa, now United States District Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

soned opinion of the district court. 8th Cir. R. 47B.